UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL MINUTE ORDER)

Case No.  CV-12-291-TUC-DCB                           Date: June 30, 2014

Title: *Halstead v. Ryan*

**HONORABLE DAVID C. BURY**

The Magistrate Judge issued a Report and Recommendation on April 14, 2014 recommending that the District Court deny the Petition for Writ of Habeas Corpus and dismiss the action with prejudice.  A copy was sent to all parties, notifying all parties that written objections must be filed within fourteen days of service.  28 U.S.C. §636(b). Petitioner received an additional amount of time to file objections.  No objections to the Magistrate Judge's Report and Recommendation have been timely filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.  The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge's Report and Recommendation (Doc. 27) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law and the Petition for Writ of Habeas Corpus (Doc. 1 ) is DENIED. This action is dismissed with prejudice.  A Final Judgment shall enter separately.

David C. Bury
United States District Judge